# Exhibit A

# UNITED STATES DISTRICT COURT, THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION
### APPLEBAUM et al. v. MGM GRAND DETROIT, LLC
### CASE NO. No. 2:14-cv-13005-AC-MKM

## CLAIM FORM, CONSENT TO JOIN AND RELEASE

List ID: [ID]
[Class Member Name]
[Address 1] [Address 2]
[City], [State] [ZIP]

## COMPLETE AND SIGN THIS FORM IF YOU WISH TO PARTICIPATE IN THE SETTLMEMNT AND RECIVE YOUR SHARE OF THE SETTLMENT FUNDS

To receive your share of the settlement, you must return this Claim Form,
NO LATER THAN [INSERT DATE]

You can submit this Claim Form via mail to the Claims Administrator at the following address:

**Applebaum v. MGM Grand Detroit, LLC**
**c/o ADMINSTRATOR**
**[INSERT ADDRESS]**

**Share of Settlement Fund:** Your share of the settlement has been calculated based on the number of shifts you worked at MGM Grand Detroit ("Defendant") from August 1, 2011 and April 13, 2014 (the "Class Period") as a Table Games Supervisor (the "Class Members"), compared to the total number of shifts worked by all Class Members during the Class Period. This number appears in the Notice mailed with this form.

**Release:** By participating in this settlement, as of the effective date of the settlement following approval by the Court, you shall be deemed to fully and finally release and discharge Defendant, its present and former parent entities, subsidiaries, related or affiliated companies, shareholders, officers, directors, managers, members, employees, agents, attorneys, insurers, successors and assigns, and any individual or entity that could be jointly liable with Defendant, including but not necessarily limited to the "Released Parties" (defined below), arising from any and all applicable local, state and federal law wage-and-hour claims (including, but not necessarily limited to, contractual or common law claims for unpaid minimum wages, straight time wages if greater than minimum wage, unpaid overtime, waiting time or waiting time penalty claims under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.*, [INSERT MICHIGAN STATUTES AS APPROPRIATE], and rights, demands, liabilities and causes of action of every nature and description, whether known or unknown, arising during the Class Period, and/or which arose out of or could have arisen out of the facts alleged in this action.

"Released Parties" collectively means: (i) MGM Grand Detroit, LLC; (ii) MGM Grand Detroit, LLC's respective past, present and future parents, subsidiaries, joint ventures, and affiliates; (iii) the past, present and future shareholders, directors, officers, members, managers, agents, employees, attorneys, insurers, predecessors, successors and assigns of any of the foregoing; and (iv) any individual or entity which could be jointly liable with any of the foregoing.

**Information Needed:**

Social Security Number ___-__-____

Name/Address Changes (if any)

Name_____

Address_____

_____

Phone: (___) _____-_____

**Consent and Certifications:**

I, _____, hereby consent to become a party plaintiff in this lawsuit, including but not limited to claims asserted under the Fair Labor Standards Act, 29 U.S.C. § 201, et seq. [ADD MICHIGAN STATUTE IF APPROPRIATE]. I hereby authorize counsel to file this Claim Form, Consent to Join and Release with the Court. By signing below, I certify that I wish to participate in the propose settlement in this matter. I also certify that I agree to be bound by the terms of settlement approved by the court and the release contained in the Settlement Agreement as reproduced above.

_____
Signature

_____
Date

4813-0701-3933, v. 1

**CLAIM FORM, CONSENT TO JOIN AND RELEASE**