## LIST OF EXHIBITS

Exhibit 1 -   Joint Stipulation

    Exhibit A -   Claim and Consent Form

    Exhibit B -   Class Participant Notice

    Exhibit C -   Preliminary Approval Order

    Exhibit D -   Final Order and Judgment

    Exhibit E -   Exclusion Form

    Exhibit F -   Non-Participant Class Notice

Exhibit 2 -   Declaration of Megan Bonanni

    Exhibit A -   Summary of Time PMPR (hours)

    Exhibit B -   Out of pocket expenses PMPR