Megan Bonanni
Robert W. Palmer
**PITT MCGEHEE PALMER & RIVERS, P.C.**
117 W. Fourth Street, Suite 200
Royal Oak, MI 48067
Tel. (248) 398-9800

*Attorneys for Plaintiff*

Elayna J. Youchah
youchahe@jacksonlewis.com
Allan S. Rubin
rubina@jacksonlewis.com
**JACKSON LEWIS P.C.**
3800 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Tel: (702) 921-2460
Fax: (702) 921-2461

*Attorneys for Defendant
MGM Grand Detroit, LLC*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN SOUTHERN DISTRICT

| | |
|---|---|
| CYNTHIA APPLEBAUM, WARREN BLACK, ANITA MATLOCK, PATRICK RIDGEWAY, and WILLIAM SLY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>MGM GRAND DETROIT, LLC,<br><br>Defendants. | Case No.: 2:14-cv-13005-AC-MKM<br><br>**DECLARATION OF TARUS DANCY-SETTLEMENT ADMINISTRATOR IN SUPPORT OF MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT** |

I, Tarus Dancy, declare as follows:

1.  I am a competent adult, over the age of eighteen, and am a resident of the state of California. I have personal knowledge of the matters set forth herein, and if called as a witness, could competently testify thereto.

2.  I am employed by CPT Group, Inc. ("CPT") as the Director of Settlement and Treasury Services. CPT is the Court-approved class action settlement administrator for

1

DECLARATION OF TARUS DANCY IN SUPPORT OF MOTION FOR FINAL APPROVAL OF CLASS
ACTION SETTLEMENT

*Applebaum v. MGM Grand Detroit, LLC.*, United States District Court District Eastern District of Michigan Southern District Court Case Number 2:14-cv-13005-AC-MKM. CPT has extensive experience providing notice of class actions and administering class action settlements. In the past 27 years, CPT has provided notification and/or claims administration services in hundreds of class action cases. CPT was selected by the parties and appointed by the Court in this action to provide notice of the settlement and process exclusions in this action. In this capacity, CPT was charged with:

>   (a) printing and mailing to class members who are Lead Plaintiffs, Class Deponents, and Class Participants ("Participants") a notice packet ("Notice Packet") including (1) the Notice of Pendency of Class Action and Proposed Settlement, and (2) the Exclusion Form to the Class members' last-known address;
>
>   (b) printing and mailing to class members who are not "Participants" and are identified as "Non-Participants" a Notice Packet including (1) the Notice of Settlement, (2) a Claim Form, Consent to Join and Release, and (3) the Exclusion Form to the Class members' last-known address;
>
>   (c) locating updated addresses for class members;
>
>   (d) receiving other communications about the settlement;
>
>   (e) preparing weekly reports notifying the parties of the number of class members that have submitted claims and/or exclusion requests, and the percent of the class that are valid claimants/opt outs;
>
>   (f) performing skip-traces for class members who could not be located;
>
>   (j) estimating the settlement amounts due to class members based upon the proposed net settlement amount and class member shifts worked provided by MGM Grand Detroit, LLC.

If this settlement is approved, CPT will, among other things (a) calculate, issue and mail settlement checks to valid opted in members of the settlement class, with respective tax withholdings and reporting; (b) make any class representative service and release payments and attorney fee and cost payments approved by the Court, and (c) prepare tax filings for the qualified settlement fund established to hold and distribute the gross settlement amount.

2

DECLARATION OF TARUS DANCY IN SUPPORT OF MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

3. CPT received the Court-approved text for the Notice of Settlement, Claim Form, Consent to Join and Release, and Exclusion Form to respective class members, on May 4, 2016.

4. CPT prepared a draft of all of the above-referenced documents for mailing to the class members and received approval of the drafts from the parties. The mailing to the "Non-Participants" class members consisted of the Notice of Pendency of Class Action, and Claim Form, Consent to Join and Release, and the Request for Exclusion Form. The mailing to "Participant" class members consisted of the Notice of Settlement and the Exclusion Form.

5. On May 10, 2016, CPT received the data files from defense counsel containing the name, last known address, telephone number and social security number, employment status, and the number of qualifying work shifts for class members. The data included information for 37 class members in the "Participant" Group and 105 class members in the "Non-Participant" Group.

6. On May 24, 2016, CPT caused a National Change of Address (NCOA) search to be performed in an attempt to update the class list of addresses as accurately as possible. A search of this database provides updated addresses for any individual who has moved in the previous four years and notified the U.S. Postal Service of his or her change of address. A total of 9 addresses were updated based on the NCOA search.

7. The Notices Packets were enclosed in envelopes with the names and known addresses printed on them. On May 24, 2016, the Notice Packets were mailed via U.S. first-class mail to all 142 class members.

8. As of the date of this Declaration, 0 Notice Packets CPT mailed were returned as containing an incorrect address.

9. As of the date of this Declaration, a total of 8 Notice Packets were re-mailed as a result of a re-mail request from class members or receiving a re-mail request from counsel.

10. As of the date of this Declaration, CPT has received 13 requests for

3

DECLARATION OF TARUS DANCY IN SUPPORT OF MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

exclusion.

11. As of the date of this Declaration, CPT has not received any objections to the settlement.

12. As of the date of this Declaration, there are no outstanding disputes regarding any settlement claim.

13. As of the date of this declaration, CPT has received 83 responses of which 69 are valid Claims from Non-Participants.

14. There are a total of 106 Settlement Class Participants who will receive settlement payments, of which 69 are "Non-Participants" who submitted a Claim Form and the remaining 37 are the "Participants" who did not have to submit a Claim Form to receive their settlement payment. This represents a total participation rate of 74.65%.

15. The 69 claims from the "Non-Participants" group represent an estimated claimed amount of $60,188.86, which is 49.74% of the Net Settlement Amount. The 37 claims from the "Participant" group represent an estimated claimed amount of $35,956.40, which is 29.59% of the Net Settlement Amount. In total, the estimated claimed amount for the 106 participating class members is $96,145.26, which is 79.46% of the Net Settlement Amount. The average estimated settlement amount is $907.03, with the median being $988.63. The highest estimated settlement amount is $1,232.48.

16. Pursuant to the terms of the Settlement, this is a reversionary settlement and unclaimed funds will be retained by the Defendant. The Gross Settlement Amount is $450,000.00 and as of the date of this declaration, $424,645.26 is the estimated total amount due for distribution, and the estimated reversionary amount is $25,354.74.

17. CPT will charge an agreed-upon flat fee of $7,500.00 for administration fees. This fee includes all costs incurred to date, as well as estimated costs involved in completing the settlement.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this Declaration was executed on July 11th, 2016 at Irvine, California.

_____
Tarus Dancy