IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Cynthia Applebaum, Warren Black, Anita Matlock, Patrick Ridgeway, and William Sly, individually and on behalf of all others similarly situated,

        Plaintiffs,

vs.

MGM Grand Detroit, LLC.,

        Defendant.

Case No. 2:14-cv-13005-AC-MKM
Hon. Avern Cohn

_____/

## ORDER GRANTING FINAL APPROVAL TO SETTLEMENT OF CLASS ACTION AND DISMISSING ACTION WITH PREJUDICE

On May 4, 2016 this Court entered an Opinion and Order Granting Plaintiffs' Motions for Court's Preliminary Approval of the Settlement Agreement and Plan of Allocation (Dkt. # 42). In that Order this Court preliminarily approved settlement of this collective action brought under the Fair Labor Standards Act ("FLSA") 29 U.S.C. § 201 et seq. for a total, aggregate sum of $450,000, inclusive of attorney fees and costs; preliminarily approved the terms of the Settlement Agreement into which the parties entered to achieve that settlement; preliminarily approved the plan of allocation, the Notices, the Claim and Consent form, Class Participation form, Exclusion form, and Non-

Participant forms; approved payment to be made to the Third Party Administrator of $7,500.00. The Court reserved judgment on the claim for Plaintiffs' counsel of fees and costs totaling $162,500. Since that time, Plaintiff has filed a Petition to Approve Fees and Costs (Dkt.# 44).

The Court having reviewed the filings by the Parties and otherwise being duly advised in the premise.

IT IS ORDERED:

1. All approvals preliminarily conferred in the prior Order are hereby confirmed and made final. In particular, the Settlement Agreement, including its attachments, and Plaintiffs' proposed plan of allocation are unconditionally and finally approved, except as set forth in Paragraph 2 below.

2. The Reversionary and Unclaimed Funds as defined by the Settlement Agreement, estimated by the Settlement Administrator to be equal to the sum of $25,354.74 (Dkt. # 45, ¶ 16), shall be paid by the Defendant to the Latin Americans for Social and Economic Development ("LA SED"), a Michigan based 501(c)(3).

3. Plaintiff's Petition for Attorney Fees and Costs is allowed.

4. The Collective Action is certified and confirmed.

5. All individuals who have not timely filed an exclusion form are hereby bound by the terms of the Settlement.

6. This Action is hereby dismissed with prejudice, without costs to either party, as to all plaintiffs, including all of the named plaintiffs and opt-in plaintiffs.

7. The Court shall retain jurisdiction through and until the administrator's report for the limited purpose of entertaining requests for the entry of any orders necessary for the enforcement of the settlement.

IT IS SO ORDERED.

s/Avern Cohn  
Hon. Avern Cohn  
United States District Court Judge

Dated: July 25, 2016